**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANAND ROY, derivatively on behalf of ADOBE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHANTANU NARAYEN, JOHN MURPHY, DANIEL DURN, DAVID WADHWANI, JONATHAN VAAS, AMY BANSE, BRETT BIGGS, MELANIE BOULDEN, FRANK CALDERONI, LAURA DESMOND, SPENCER NEUMANN, KATHLEEN OBERG, DHEERAJ PANDEY, DAVID RICKS, and DANIEL ROSENSWEIG,<br><br>Defendants,<br><br>and<br><br>ADOBE INC.,<br><br>Nominal Defendant. | Case No. 1:24-cv-00633-JGK<br><br>Hon. John G. Koeltl |

**[PROPOSED] STIPULATION AND ORDER STAYING ACTION**

Plaintiff Anand Roy ("Plaintiff"), nominal defendant Adobe Inc. ("Adobe"), and defendants Shantanu Narayen, Amy Banse, Brett Biggs, Melanie Boulden, Frank Calderoni, Laura Desmond, Spencer Neumann, Kathleen Oberg, Dheeraj Pandey, David Ricks, Daniel Rosensweig, Daniel Durn, David Wadhwani, John Murphy, and Jonathan Vaas (the "Individual Defendants" and collectively with Adobe, "Defendants," and with Plaintiffs, the "Parties") jointly submit this stipulation to extend the time for Adobe to respond to Plaintiff's Complaint.

**WHEREAS**, on January 29, 2024, Plaintiff filed his Complaint in the Southern District of New York;

**WHEREAS**, Plaintiff purports to bring claims on behalf of nominal defendant Adobe against the Individual Defendants;

**WHEREAS**, the above-captioned action (the "Action") is related to a putative class action pending in the United States District Court for the Southern District of New York captioned *In re Adobe Inc. Securities Litigation*, 23-cv-09260-JGK (the "Securities Class Action");

**WHEREAS**, defendants in the Securities Class Action filed a motion to dismiss the Securities Class Action on March 29, 2024;

**WHEREAS**, there is substantial overlap between the facts and circumstances alleged in the Action and Securities Class Action and Adobe and Shantanu Narayen, Daniel Durn, David Wadhwani, John Murphy, and Jonathan Vaas are named as defendants in the Securities Class Action and are also named as a nominal defendant, with respect to Adobe, and Individual Defendants, with respect to Shantanu Narayen, Daniel Durn, David Wadhwani, John Murphy, and Jonathan Vaas, in the Action; and

**WHEREAS**, based upon the overlapping parties and factual allegations in the Securities Class Action and the Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, that all proceedings and deadlines in this Action should be stayed until such time as the Court issues a final ruling on the motion to dismiss by defendants in the Securities Class Action;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, subject to Court approval, as follows:

1. All proceedings and deadlines in the Action, including any obligation to answer, move against, or otherwise respond to any complaint filed in the Action, are hereby stayed pending the final resolution of the motion to dismiss in the Securities Class Action, which shall mean the earlier of (i) an order or ruling in the Securities Class Action granting the motion to dismiss with prejudice, including the exhaustion of all appeals therefrom; or (ii) the denial of the motion to dismiss the Securities Class Action, in whole or in part, including the exhaustion of all appeals therefrom.

2. The Parties shall meet and confer regarding a proposed scheduling order within fourteen (14) days of final resolution of the motion to dismiss in the Securities Class Action.

3. Defendants shall promptly notify Plaintiff of any relevant derivative actions of which Defendants become aware.

4. Defendants shall promptly notify Plaintiff if a related derivative action is not stayed for a similar or longer duration.

5. Plaintiff shall have the option to terminate the stay if a related derivative action is not stayed for a similar or longer duration by giving fourteen (14) days' notice to counsel for Defendants via email.

6. During the stay, Plaintiff may file an amended complaint, but Defendants shall not be required to respond to any amended complaint during the pendency of the stay.

7. This stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Action.

Dated: April 18, 2024
New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**
*/s/ Andrew B. Clubok*
Andrew B. Clubok
Kevin M. McDonough
Jooyoung Yeu
Corey A. Calabrese
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: andrew.clubok@lw.com
kevin.mcdonough@lw.com
jooyoung.yeu@lw.com
corey.calabrese@lw.com

*Counsel for Defendants*

**THE BROWN LAW FIRM, P.C.**
*/s/ Timothy Brown*[1]
Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
eitank@bgandg.com

*Counsel for Plaintiff*

SO ORDERED this 18 day of April, 2024

John G. Koeltl
THE HONORABLE JOHN G. KOELTL
United States District Judge

---

1 Plaintiff's electronic signature is used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.