```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
ANAND ROY,

              Plaintiff,        24-cv-633 (JGK)

  - against -                   ORDER

SHANTANU NARAYEN, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should provide an update on the status of the stay by **June 25, 2025**.

SO ORDERED.

Dated:    New York, New York
            June 11, 2025

                                               John G. Koeltl
                                      United States District Judge