**Kevin M. McDonough**
Direct Dial: +1.212.906.1246
kevin.mcdonough@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Century City, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

June 20, 2025

**VIA ECF**

The Honorable John G. Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: Status Update: *Roy v. Narayen et al.*, 1:24-cv-00633 (JGK)

Dear Judge Koeltl:

We write on behalf of all parties in the above-referenced action (the "Derivative Action") in response to the Court's June 11, 2025 order requesting a status update.

Pursuant to Paragraph 1 of the Stipulation and Order Staying Action, the Derivative Action remains stayed pending "the final resolution of the motion to dismiss" in the related putative securities class action pending before this Court and captioned *In re Adobe Inc. Securities Litigation*, 23-cv-09260-JGK (the "Securities Class Action"). (ECF No. 17 at 2). Paragraph 1 defines "final resolution" as the earlier of "(i) an order or ruling in the Securities Class Action granting the motion to dismiss with prejudice, including the exhaustion of all appeals therefrom; or (ii) the denial of the motion to dismiss the Securities Class Action, in whole or in part, including the exhaustion of all appeals therefrom." *Id.*

The Court's March 27, 2025 order granted defendants' motion to dismiss the Securities Class Action and allowed plaintiffs in that action to seek leave to file a second amended complaint. (Securities Class Action, ECF No. 68, at 48-49). As such, it is the parties' understanding that the Derivative Action remains stayed under the Stipulation and Order Staying Action, which the parties respectfully submit is appropriate and in the interests of judicial economy and efficiency.

Respectfully submitted,

*/s/ Kevin M. McDonough*
Kevin M. McDonough
of LATHAM & WATKINS LLP

cc: All Counsel of Record (by ECF)